**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Dawanna N. Roberts Heir to Estate of Robert L. Roberts <br><br> Debtor | CHAPTER 13 <br><br> BKY. NO. 19-13165 AMC |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

Kindly enter my appearance on behalf of The Bank of New York Mellon FKA The Bank of New York, as Trustee for the Certificateholders of the CWAB, Inc., Asset-Backed Certificates Series 2007-1. and index same on the master mailing list.

Respectfully submitted,
**/s/ Rebecca A. Solarz, Esq**
Rebecca A Solarz, Esquire
Kevin G. McDonald, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322