## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| DAWANNA N. ROBERTS, | : | |
| Heir to Estate of Robert | : | |
| L. Roberts | : | |
| | : | |
| DEBTOR | : | NO. 19-13165 (AMC) |

### ORDER

Upon consideration of the Application for Compensation and Reimbursement of Expenses for David B. Spitofsky, Esquire, counsel for Debtor (the "Application"), and upon Counsel for Debtor's request to retain jurisdiction at the Motion to Dismiss hearing on November 12, 2019, IT IS ORDERED THAT:

1.      The case is dismissed.

2.      Pursuant to 11 U.S.C. §349(b)(3), the undistributed, pre-confirmation chapter 13 plan payments held by the chapter 13 trustee shall not revest in the Debtor or any other entity pending further order of this court.

3.      A hearing shall be held on  December 10 , 2019, at  11:00 a.m.  in Bankruptcy Courtroom No. 4, U.S. Courthouse, 900 Market Street, Philadelphia, PA to consider the Application.

4.      Any other party who asserts an entitlement to the allowance of an administrative expense pursuant to 11 U.S.C. §503(b) shall file its request with the court and serve all creditors in accordance with the applicable rules of court no later than five (5) days before the hearing date set forth in Paragraph 3 above.

5.      Counsel for Debtor shall serve a copy of this Order on all creditors and interested parties and file a Certification of Service on or before  December 3, 2019 .

**Date: November 13, 2019**

_____
Honorable Ashely M. Chan
United States Bankruptcy Judge

cc:      David B. Spitofsky, Esquire
516 Swede Street
Norristown, PA 19401

Ms. Dawanna N. Roberts
2811 West 10th Street
Chester, PA 19013

William C. Miller, Esquire
Chapter 13 Standing Trustee
P.O. Box 1229
Philadelphia, PA 19105