United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                          Case No. 19-13165-amc
Dawanna N. Roberts Heir to Estate of Rob                                                        Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: Randi    Page 1 of 2    Date Rcvd: Nov 13, 2019
                     Form ID: pdf900    Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 15, 2019.

```
db              +Dawanna N. Roberts Heir to Estate of Robert L. Rob,   2811 West 10th Street,
                  Chester, PA 19013-1604
14325481        +David B. Spitofsky, Esquire,   Law Office of David B. Spitofsky,   516 Swede Street,
                  Norristown, PA 19401-4807
14325482        +Dawanna N. Roberts Heir to Estate of Robert L. Rob,   2813 West 10th Street,
                  Chester, PA 19013-1604
14325486        +EOS CCA,   P.O. Box 981008,   Boston, MA 02298-1008
14327173        +Orion,   c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
14325488        +Specialized Loan Servicing, LLC,   8742 Lucent Boulevard,   Suite 300,
                  Highlands Ranch, CO 80129-2386
14325490        +Stern & Eisenberg, LLP,   1581 Main Street,   Suite 200,   Warrington, PA 18976-3403
14383385        +The Bank of New York Mellon FKA The Bank of New Yo,   C/O KML Law Group,
                  701 Market Street Suite 5000,   Philadelphia, PA. 19106-1541
14361896        +The Bank of New York Mellon Trustee (See 410),   c/o Specialized Loan Servicing LLC,
                  8742 Lucent Blvd, Suite 300,   Highlands Ranch, Colorado 80129-2386
14325491         Trident Asset Management,   10375 Old Alabama Road,   Suite 303,   Alpharetta, GA 30022
14325492        +US Department of Education,   3130 Fairview Park Drive,   Suite 800,
                  Falls Church, VA 22042-4566
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg              E-mail/Text: megan.harper@phila.gov Nov 14 2019 03:40:42      City of Philadelphia,
                  City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                  Philadelphia, PA  19102-1595
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 14 2019 03:40:15
                  Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                  Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 14 2019 03:40:37      U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr              +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 14 2019 03:48:32      Orion (Verizon),
                  c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
14325484         E-mail/Text: ebn@americollect.com Nov 14 2019 03:40:34      Americollect,   1851 S. Alverno Road,
                  Manitowoc, WI 54220
14325485        +E-mail/Text: bankruptcynotices@dcicollect.com Nov 14 2019 03:40:58      Diversified Consultants,
                  P.O. Box 551268,   Jacksonville, FL 32255-1268
14325483        +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Nov 14 2019 03:40:30      Frederic J. Baker, Esquire,
                  Office of U.S. Trustee,   833 Chestnut Street, Suite 500,   Philadelphia, PA 19107-4405
14325487        +E-mail/Text: bnc@nordstrom.com Nov 14 2019 03:40:06      Nordstrom Bank,   13531 E. Caley Avenue,
                  Englewood, CO 80111-6505
14325489         E-mail/Text: bmg.bankruptcy@centurylink.com Nov 14 2019 03:40:34      Sprint,   P.O. Box 6419,
                  Carol Stream, IL 60197-6419
14325493        +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Nov 14 2019 03:39:33
                  Verizon,   P.O. Box 28002,   Lehigh Valley, PA 18002-8002
                                                                                              TOTAL: 10
```

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 15, 2019                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0313-2          User: Randi              Page 2 of 2              Date Rcvd: Nov 13, 2019
                              Form ID: pdf900          Total Noticed: 21
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 13, 2019 at the address(es) listed below:
          DAVID B. SPITOFSKY   on behalf of Debtor Dawanna N. Roberts Heir to Estate of Robert L. Roberts
           spitofskybk@verizon.net, spitofskylaw@verizon.net
          REBECCA ANN SOLARZ   on behalf of Creditor   The Bank of New York Mellon FKA The Bank of New York,
           as Trustee et al... bkgroup@kmllawgroup.com
          United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.   on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
           philaecf@gmail.com
          WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                                            TOTAL: 5

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| DAWANNA N. ROBERTS, | : | |
| Heir to Estate of Robert | : | |
| L. Roberts | : | |
| | : | |
| DEBTOR | : | NO. 19-13165 (AMC) |

## ORDER

Upon consideration of the Application for Compensation and Reimbursement of Expenses for David B. Spitofsky, Esquire, counsel for Debtor (the "Application"), and upon Counsel for Debtor's request to retain jurisdiction at the Motion to Dismiss hearing on November 12, 2019, IT IS ORDERED THAT:

1. The case is dismissed.

2. Pursuant to 11 U.S.C. §349(b)(3), the undistributed, pre-confirmation chapter 13 plan payments held by the chapter 13 trustee shall not revest in the Debtor or any other entity pending further order of this court.

3. A hearing shall be held on  December 10 , 2019, at  11:00 a.m.  in Bankruptcy Courtroom No. 4, U.S. Courthouse, 900 Market Street, Philadelphia, PA to consider the Application.

4. Any other party who asserts an entitlement to the allowance of an administrative expense pursuant to 11 U.S.C. §503(b) shall file its request with the court and serve all creditors in accordance with the applicable rules of court no later than five (5) days before the hearing date set forth in Paragraph 3 above.

5. Counsel for Debtor shall serve a copy of this Order on all creditors and interested parties and file a Certification of Service on or before  December 3, 2019 .

**Date: November 13, 2019**

_____
Honorable Ashely M. Chan
United States Bankruptcy Judge

cc:    David B. Spitofsky, Esquire
516 Swede Street
Norristown, PA 19401

Ms. Dawanna N. Roberts
2811 West 10th Street
Chester, PA 19013

William C. Miller, Esquire
Chapter 13 Standing Trustee
P.O. Box 1229
Philadelphia, PA 19105