# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| **DAWANNA N. ROBERTS,** | : | |
| **Heir to Estate of Robert** | : | |
| **L. Roberts** | : | |
| | : | |
| **DEBTOR** | : | NO. 19-13165 (AMC) |

## CERTIFICATE OF NO RESPONSE

I, David B. Spitofsky, Esquire, hereby certify that as of this date, December 6, 2019, in accordance with paragraph 4 of this Court's November 13, 2019 Order, no other party has asserted an entitlement to the allowance of an administrative expense pursuant to 11 U.S.C. §503(b).

December 6, 2019             /s/ David B. Spitofsky
                             David B. Spitofsky, Esquire
                             516 Swede Street
                             Norristown, PA 19401
                             Phone No. (610) 272-4555
                             Fax No. (610) 272-2961
                             Email: spitofskylaw@verizon.net